IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01116-REB-MEH

ANNETTE HEIN, on behalf of herself and all other similarly situated persons,

    Plaintiff,

v.

THE DENVER COUNTRY CLUB, a Colorado nonprofit corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 16, 2011.**

    Plaintiff's Unopposed Motion to Stay Proceedings Pending Completion of Settlement [filed September 15, 2011; docket #27] is **granted**. To assist the parties in completing settlement of this matter, the Court will stay all proceedings in this case until October 3, 2011; the stay will automatically lift on October 4, 2011. In light of this order, the deadline for filing dismissal papers with the Court is extended to October 3, 2011.