IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01116-REB-MEH

ANNETTE HEIN, on behalf of herself and all other similarly situated persons,

     Plaintiff,

v.

THE DENVER COUNTRY CLUB, a Colorado nonprofit corporation,

     Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2011.**

     Plaintiff's Second Unopposed Motion to Stay Proceedings Pending Completion of Settlement [filed October 6, 2011; docket #30] is **granted**.  To continue assisting the parties in completing settlement of this matter, the Court will stay all proceedings in this case until October 17, 2011; the stay will automatically lift on October 18, 2011.  In light of this order, the deadline for filing dismissal papers with the Court is extended to October 17, 2011.