**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01116-REB-MEH

ANNETTE HEIN, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

THE DENVER COUNTRY CLUB, a Colorado nonprofit corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss With Prejudice Pursuant To Fed.R.Civ.P. 41(a)(1)(A)(ii)** [#33][1] filed October 17, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice Pursuant To Fed.R.Civ.P. 41(a)(1)(A)(ii)** [#33] filed October 17, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for April 20, 2012, is **VACATED**;

3. That the jury trial set to commence May 14, 2012, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 18, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge